Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,078,227
Registered July 8, 1997

## SERVICE MARK
### SUPPLEMENTAL REGISTER

### HOTEL CALIFORNIA

BUTLER, RICHARD A. III (CANADA CITIZEN)
212 ENTRADA DRIVE
SANTA MONICA, CA 90402

FOR: PROVIDING TEMPORARY FURNISHED HOUSING ACCOMMODATIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-1995; IN COMMERCE 10-1-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CALIFORNIA", APART FROM THE MARK AS SHOWN.

SER. NO. 75-168,972, FILED P.R. 9-19-1996; AM. S.R. 4-11-1997.

ZHALEH DELANEY, EXAMINING ATTORNEY