**Jeffrey K. Riffer**
D: 310.746.4406
F: 310.746.4496
JRiffer@elkinskalt.com



October 8, 2014

**VIA FEDEX**

Mr. Sebastian Rucci
Law Office of Sebastian Rucci
5455 Clarkins Dr.
Austintown, OH 44515-1120

    Re:  <u>Hotel California</u>

Dear Mr. Rucci:

    We wrote on July 14, explaining that the use of the name "Hotel California" for your hotel is illegal. A copy of that letter is enclosed.

    We never heard back from you regarding that letter.

    It has now been reported that you intend to go forward with the use of the "Hotel California" name, in violation of the law.

    Litigation is time-consuming and expensive and parties should attempt to avoid it whenever possible. Accordingly, please sign the bottom of this letter acknowledging that you will immediately cease and desist from all uses of "Hotel California" by October 14, 2014. In return, Mr. Butler will forego all remedies against you.

2049 Century Park East, Suite 2700, Los Angeles, California 90067-3202
Telephone: 310.746.4400 Facsimile 310.746.4499 www.elkinskalt.com

416716v1

In the event that you do not do so, Mr. Butler will be forced to seek his legal remedies.

Very truly yours,

JEFFREY K. RIFFER
Elkins   Kalt   Weintraub   Reuben Gartside LLP

JKR:JL

IT IS SO AGREED.

_____
Sebastian Rucci

Dated: _____

**Jeffrey K. Riffer**
D: 310.746.4406
F: 310.746.4496
JRiffer@elkinskalt.com



July 14, 2014

**VIA FEDEX**

Mr. Sebastian Rucci
40 The Ledges, Suite 3C
Poland, OH 44514

Re: <u>Hotel California</u>

Dear Mr. Rucci:

It has been reported that you plan to use the name "Hotel California" for your hotel.

Although there are almost an infinite number of possible names for hotels, Hotel California is in the small category of names that is not available to you.

Mr. Rick Butler, our client, is the owner of the registered federal trademark to "Hotel California."

Accordingly, your use of "Hotel California" for its hotel violates federal law. 15 U.S.C. §§ 1114, 1125(a)(1).

Mr. Butler's remedies include your profits from the hotel; Mr. Butler's damages; up to three times Mr. Butler's damages; and, in an exceptional case, Mr. Butler's attorney fees. See 15 U.S.C. § 1117(a). Mr. Butler is also entitled an injunction. 15 U.S.C. §1116(a).

An individual can be held personally liable for an entity's trademark infringement and unfair competition under the Lanham Act if the individual is a moving, active conscious force behind the entity's infringement.

In light of the above, please immediately cease and desist from all uses of the "Hotel California" for the name of your hotel.

Litigation is time-consuming and expensive and parties should attempt to avoid it whenever possible. Accordingly, please sign the bottom of this

2049 Century Park East, Suite 2700, Los Angeles, California 90067-3202
Telephone: 310.746.4400 Facsimile 310.746.4499 www.elkinskalt.com

388037v1

letter acknowledging that you will immediately cease and desist from all uses of "Hotel California." In return, Mr. Butler will forego all remedies against you.

Very truly yours,

JEFFREY K. RIFFER
Elkins    Kalt    Weintraub    Reuben Gartside LLP

JKR:JL

IT IS SO AGREED.

_____
Sebastian Rucci

Dated: _____

388037v1