UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| **Richard A. Butler, III and Ocean Avenue Properties, LLC** | ) ) ) | |
|---|---|---|
| | ) | Case No. 4:14-cv-02380 |
| v. | ) ) | |
| | ) | Corporate Disclosure Statement |
| **Hotel California, Inc. and Sebastian Rucci** | ) ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Ocean Avenue Properties, LLC**.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   _____ Yes     __x__ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes     __x__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

/s/ Sharon A. Luarde                     10/24/2014

(Signature of Counsel)                   (Date)