IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD A. BUTLER, III, et al., | ) | CASE NO. 4:14-CV-02380 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE ADAMS |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| HOTEL CALIFORNIA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Notice is hereby given that Plaintiffs Richard A. Butler, III, and Ocean Avenue Properties, LLC, hereby appeal to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1292(a)(1), from the denial of their Motion for Temporary Restraining Order and Preliminary Injunctive Relief entered in this action on the 30th day of March, 2015 (ECF Docket No. 27).

Respectfully submitted,

/s/ Anastasia J. Wade
Sharon A. Luarde (0071625)
Christopher J. Carney (0037597)
Anastasia J. Wade (0082797)
BROUSE McDOWELL
600 Superior Avenue East
Suite 1600
Cleveland, Ohio 44114
Phone: (216) 830-6830
Fax: (216) 830-6807
E-mail: sluarde@brouse.com
        ccarney@brouse.com
        awade@brouse.com

*Counsel for Plaintiffs Richard A. Butler, III, and Ocean Avenue Properties, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                                  s/ Anastasia J. Wade

931416